Sherri K. TAYLOR, Appellant,

v.

Steven R. TAYLOR, Respondent.

No. WD 59005.

Missouri Court of Appeals,
Western District.

March 5, 2002.

Motion for Rehearing and/or Transfer to
Supreme Court Denied April 30, 2002.

Janet W. Larison, Grant City, MO, for
appellant.

Candace J. Barnes, St. Joseph, MO, for
respondent.

Before RONALD R. HOLLIGER, P.J.,
ROBERT G. ULRICH and LISA WHITE
HARDWICK, JJ.

## ORDER

PER CURIAM.

Sherri Taylor ("Mother") appeals from
the trial court's judgment modifying the
original decree of dissolution and awarding
legal and primary physical custody of the
parties' minor children to her ex-husband,
Stephen Taylor ("Father") and denying
Mother visitation rights. Mother contends
that the trial court erred in 1) transferring
custody of the minor children to Father;
and 2) denying her visitation rights with
the minor children. The judgment of the
trial court is affirmed. Rule 84.16(b).